UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYNN JOHNSON | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| v. | : | |
| | : | |
| HILTON WORLDWIDE HOLDINGS INC. | : | |
| A/K/A HAMPTON BY HILTON A/K/A | : | |
| HAMPTON INN & SUITES | : | |
| | : | |
| | : | |
| Defendant | : | MARCH 23, 2022 |

## COMPLAINT

1- The plaintiff at times mentioned in this Complaint resided in West Haven, County in the State of Connecticut.

2- At all material times mentioned in this Complaint the defendant Hilton Worldwide Holdings Inc. a/k/a Hampton by Hilton a/k/a Hampton Inn & Suites ("Hampton Inn") is a corporation or organization and/or a company of a chain of hotels operating and doing business in the State of Connecticut and throughout the United States as the parent company of Hampton Inn & Suites and/or incorporated under the Laws of the State of Delaware and duly licensed to operate in the State of Connecticut.

3- Jurisdiction of this Court is involved because the defendant is a company, organization or corporation of the State of Delaware and the plaintiff is a resident of

Connecticut and the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00)

4- The plaintiff's demand in connection with this case is $85,000.00.

5- Jurisdiction of this Court is also due to the fact that the parties to this action are residents and/or corporation of different states.

6- The cause of action is a slip and fall accident and/or incident with resulting personal injuries sustained by the plaintiff pursuant to 28 U.S.C. 1332 with Diversity of Citizenship.

7- At all times mentioned herein, the defendant Hampton Inn owned, operated and maintained a building with its parking lot located at 310 West Fred Ruth Zigler Memorial Drive, Jennings, Louisiana.

8- At all times mentioned herein, the plaintiff, Lynn Johnson, was an invitee, customer, patron and/or guest of the defendant, Hampton Inn, who was in her vehicle at the said hotel's parking lot, stepped out of her vehicle, and unbeknown to her slipped on a block of ice that was not salted or sanded causing her to fall and injury herself.

9- On or about February 15, 2021, at about 10:00 p.m., the plaintiff while on the premises and/or parking lot of the defendant's said building located at 310 West Fred Ruth Zigler Memorial Drive, Jennings, Louisiana, stepped out of her vehicle and unknowingly stepped on a block of ice and/or slipped on ice on the said parking lot about 70 feet adjacent to the right of front door entrance of the said Hampton Inn & Suites which was un-sanded and un-salted causing her to fall and injure herself.

10- The defendant Hampton Inn or its employees, agent, management, maintenance personnel or representatives, knew or had notice and had knowledge or with reasonable diligence should have had notice and knowledge or should have known, of the dangerous and hazardous condition of the said building parking lot that was covered by ice and/or had ice patches that was un-sanded and un-salted creating an un-safe condition on the said parking lot.

11. The defendant owed a duty, or it was the duty of the defendant Hampton Inn or its employees, agent, management, maintenance personnel or representative to exercise ordinary care to maintain and/or sand or put salt on the said ice covered parking lot and/or owed a duty to provide a sanded and/or salted parking lot, free of ice, and/or parking lot not covered by ice; but failed to do so.

12. The defendant failed to keep the said parking lot free from unsafe conditions, i.e., ice.

13. The defendant breached that duty by failing to provide a safe parking lot and/or provide a sanded or salted parking lot free of ice.

14. As a result of this occurrence, the plaintiff sustained injuries, hereinafter more fully described, all of which were due to the negligence and carelessness of the Defendants in failing to keep and maintain the premises and/or parking lot in reasonably safe condition for public and its tenant use and free from ice or ice patches without warning signs, defective and unsafe conditions in one or more of the following respects in that:

   a. It allowed the parking lot to be covered by ice without any caution and/or warning signs;

3

b. Failed to make proper and reasonable inspection of said premises and/or sidewalk which were under their care, custody, and control;

c. Allowed, permitted and/or took no steps to prevent its invitees, patrons, guests, pedestrians, or other persons lawfully in that vicinity from walking over the ice or ice-covered parking lot;

d. Failed to sand or put salt on the ice-covered parking lot or take other measures so that the parking lot is free of ice or ice patches;

e. Failed to warn members of the public and invitees, patrons, guests, pedestrians, or other persons including the plaintiff of the aforesaid dangerous and hazardous condition, namely ice, existing on the parking lot.

15- As a result of this occurrence the negligence and carelessness of the defendant through its supervisors, employees, agents, maintenance people/personnel, or crew the plaintiff sustained pain, suffering and injuries including the following:

    a. Back Injury;

    b. Right Leg Injury;

    c. Right Arm Injury;

    d. Headaches;

    e. Pain in the whole right side of the body;

    f. Sleepless nights;

    g. 12% permanent impairment to the lumbar spine (back); and

    h. Limitations on flexion and/or movement of the back, right leg, and right arm.

16- The plaintiff has endured and will continue to endure great physical and mental pain and suffering and has been subject to continuous severe pain in the back, right leg, and right arm.

17- As a result of these injuries, the Plaintiff, has expended large sums of money for medical treatment, medicine, services, x-rays and other imaging and may be obligated in the future to expend further sums for such purposes.

18- As a result of these injuries, the plaintiff who was employed was unable to work and/or lost time from work due her said injuries.

19- As a further result of the foregoing injuries, the plaintiff has suffered permanent injury and/or an impairment of her ability to carry on her life's activities which she enjoyed before the slip and fall.

**WHEREFORE**, the plaintiff's claims:
    a)    Damages; and
    b)    Such other relief as the Court deems fair and equitable.

THE PLAINTIFF,
LYNN JOHNSON

By:    */s/Ikechukwu Umeugo*
IKECHUKWU UMEUGO (ct04536)
Umeugo & Associates, P.C.
620 Boston Post Road
P.O. Box 26373
West Haven, CT 06516
P: (203) 931-2680
F: (203) 931-2682
umeugoand.associates@snet.net

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYNN JOHNSON<br><br>                    Plaintiff<br>     v.<br><br>HILTON WORLDWIDE HOLDINGS INC.<br>A/K/A HAMPTON BY HILTON A/K/A<br>HAMPTON INN & SUITES<br><br><br>                    Defendant | CIVIL ACTION NO.<br><br><br><br><br><br><br><br><br>MARCH 23, 2022 |

**STATEMENT OF AMOUNT IN DEMAND**

The amount in demand is greater than Seventy-Five Thousand dollars ($75,000.00), exclusive of interest and cost. The plaintiff's demand in connection with this case is $85,000.00.

                THE PLAINTIFF
                LYNN JOHNSON

By:   /s/Ikechukwu Umeugo
       IKECHUKWU UMEUGO (ct04536)
       Umeugo & Associates, P.C.
       620 Boston Post Road
       P.O. Box 26373
       West Haven, CT 06516
       P: (203) 931-2680
       F: (203) 931-2682
       umeugoand.associates@snet.net

## DEMAND FOR TRIAL BY JURY

The plaintiff demands a jury on all claims.

                THE PLAINTIFF
                LYNN JOHNSON

By:    */s/Ikechukwu Umeugo*
        IKECHUKWU UMEUGO (ct04536)
        Umeugo & Associates, P.C.
        620 Boston Post Road
        P.O. Box 26373
        West Haven, CT 06516
        P: (203) 931-2680
        F: (203) 931-2682
        umeugoand.associates@snet.net